■ In the Matter of the Probate of the Will of WALTER A. FABRICIUS, Deceased. MARGARET M. CRAMPON, Appellant; LOUIS L. SCHWARTZ et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Bastow, JJ.

■ BLAIR & Co., INC., Respondent, v. JOSEPH I. SIMON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Bastow, JJ.

■ MANFRED WEISS, Respondent, v. MAURICE BLOCK, Individually and Doing Business under the Name of TOBY MFG. Co., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Bastow, JJ.

■ In the Matter of CHARLES DOLLARD, Respondent, against JEAN C. DOLLARD, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ TRANE COMPANY, Appellant, v. ASBESTOS CONSTRUCTION COMPANY, INC., et al., Defendants; 35 PARK AVENUE, INC., Respondent, and JAMES TALCOTT, INC., Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ EVA BURSTEIN, Respondent, v. HARRY BURSTEIN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ JOSEF TEITELBAUM, an Infant, by ARON TEITELBAUM, His Guardian ad Litem, et al., Appellants, v. EDWARD COLIN, Respondent.— Order denying plaintiffs' motion for reconsideration of the denial for a preference, and order denying plaintiffs' motion for a preference, unanimously affirmed, without costs and without prejudice to a new application on adequate papers. There is no affidavit of the doctor who treated plaintiff. The affidavit of the neurologist is insufficient, for among other things it fails to show when the examination was had. Nor does this affidavit establish any causal connection between the accident and plaintiff's alleged ailments. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ. [See post, p. 966.]

■ HELEN S. PAWLEY, Respondent, v. FREDERIC A. PAWLEY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. We note that upon the trial of this action, which should proceed at an early date, it will be for the court to determine the factors which should be considered in fixing permanent alimony. At this time all that we affirm is the allowance made pendente lite. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ In the Matter of the Dissolution of 3260 PERRY AVE. REALTY CORP. JULIUS DE BURR, Petitioner; ALEXANDER DE BURR et al., Appellants, and CHARLES N. HORSTMANN, as Temporary Receiver, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ JOHN J. PALLACE et al., on Behalf of Themselves and All Other Members and Former Members of Park & Tilford Employees' Mutual Benefit Association Similarly Situated, Respondents, v. SAM BROFFMAN, as President of Park & Tilford Employees' Mutual Benefit Association, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.